Jason J. Buccat, Esq., SBN 255660
Ana Carvajal, Esq., SBN 354642
**DOWNTOWN LA LAW GROUP, LLP**
612 S. Broadway,
Los Angeles, CA 90014
Telephone: (213) 389-3765
Facsimile: (877) 389-2775
Email: jason@downtownlalaw.com
Email: ana.carvajal@downtownlalaw.com

Attorneys for Plaintiff,
DEREK RAY GARCIA


DENNIS B. COOK, ESQ. (SBN 093432)
dcook@cookbrown.com
BARBARA A. COTTER, ESQ. (SBN 142590)
bcotter@cookbrown.com
DANIEL F.C. KOZIEJA, ESQ. (SBN 331123)
dkozieja@cookbrown.com
KARINA SANDOVAL MARTINEZ, ESQ. (SBN 355312)
ksandoval@cookbrown.com
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
T. 916-442-3100 | F. 916-442-4227

Attorneys for Defendants DRAGADOS/FLATIRON
JOINT VENTURE, DRAGADOS USA, INC., and
FLATIRON WEST, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DEREK RAY GARCIA, an individual, | Case No. 1:24-cv-00946-JLT-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE** |
| v. | |
| DRAGADOS-FLATIRON JOINT VENTURE, an unknown corporation; DRAGADOS USA, INC., a Delaware corporation; FLATIRON WEST, INC., a Delaware Corporation and DOES 1-20, Inclusive, | (Doc. 17)

Complaint Filed: June 3, 2024
Removal Filed: August 15, 2024
Trial Date: April 7, 2026 |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiff DEREK GARCIA ("Plaintiff") and Defendants DRAGADOS-FLATIRON JOINT VENTURE ("DFJV"), DRAGADOS USA, INC. ("Dragados"), and FLATIRON WEST, INC. ("Flatiron") (collectively, Defendants) (collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and jointly request that the court extend the current **non-expert discovery deadline** from July 11, 2025 to **September 8, 2025**, for good cause.

WHEREAS, the current Scheduling Order sets the non-expert discovery cutoff as **July 11, 2025** and the expert discovery cutoff as **September 8, 2025**;

WHEREAS the Parties have diligently engaged in written discovery and are continuing to meet and confer regarding further responses and the production of documents;

WHEREAS, depositions of several key witnesses remain to be scheduled, and additional time is necessary to complete non-expert discovery in light of scheduling conflicts and pending motions;

WHEREAS, this short extension would not affect the current trial date set for April 7, 2026 nor any other deadline in the case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties, through their attorneys of record, as follows:

1. The non-expert discovery deadline, including motions to compel non-expert discovery, shall be extended to **September 8, 2025**, to align with the expert discovery deadline, with all other deadlines remaining unchanged.

DATED: June 24, 2025                    **DOWNTOWN L.A. LAW GROUP**

                                           /s/ Ana Carvajal, Esq,
                                        Jason J. Buccat, Esq.
                                        Ana Carvajal, Esq.
                                        Attorneys for Plaintiff,
                                        DEREK RAY GARCIA

| | |
|---|---|
| 1 | |
| 2  DATED: June 24, 2025 | **DOWNTOWN L.A. LAW GROUP** |
| 3 | |
| 4 | _____/s/ Daniel F.C. Kozieja, Esq._____ |
|   | Dennis B. Cook, Esq. |
| 5 | Barbara A. Cotter, Esq. |
|   | Daniel F.C. Kozieja, Esq. |
| 6 | Karina Sandoval Martinez, Esq. |
| 7 | Attorneys for Plaintiff, |
|   | DRAGADOS-FLATIRON JOINT |
| 8 | VENTURE, DRAGADOS USA, INC., and |
| 9 | FLATIRON WEST, INC. |

- 3 -
STIPULATION AND ORDER TO EXTEND NON-EXPERT DISCOVERY DEADLINE

## **ORDER**

Having considered the Stipulation of the Parties (Doc. 17), and for good cause appearing (*see* Fed. R. Civ. P. 16(b)(4)), the following is hereby ordered that the non-expert discovery deadline, including motions to compel non-expert discovery, shall be extended to **September 8, 2025,** with all other deadlines remaining unchanged.

IT IS SO ORDERED.

Dated:   **June 24, 2025**                                       */s/ Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE